ORIGINAL

FILED
03/04/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 20-0021

# IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 20-0021

| | |
|---|---|
| IN THE MATTTER OF THE GUARDIANSHIP AND CONSERVATORSHIP OF, <br><br> A.M. M., <br><br> Alleged Incapacitated Person. | **ORDER FOR EXTENSION** |

## EXTENSION OF TIME TO FILE OPENING BRIEF

Upon consideration of Petitioner's Motion for Extension of Time to File Opening Brief, and good cause appearing:

**IT IS HEREBY ORDERED** that Petitioner's Motion for 30 day Extension is GRANTED and Opening Brief is now due on April 15, 2020.

DATED this _4th_ day of March, 2020.

1